AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ NEVADA _____

UNITED STATES OF AMERICA

V.

CARLA REGALADO

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: _____ 2:13-mj-0386-PAL _____

CHARGING DISTRICTS
CASE NUMBER: _____ 1-13-cr-128-BLW _____

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the _____ -- _____ District of _____ Idaho _____ ; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the _____ (Not Applicable) _____
*Place and Address*
, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required.  The defendant shall next appear at (if blank, to be notified)

_____ (As ordered) _____ on _____ (As ordered) _____ .
*Date and Time*

_____
*Signature of Judge*

_____ 6/03/2013 _____
*Date*

PEGGY A. LEEN, United States Magistrate Judge
*Name and Title of Judge*